IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| WILLIE NORTON, | |
| Movant, | CIVIL ACTION NO.: 5:19-cv-102 |
| v. | |
| UNITED STATES OF AMERICA, | (Case No.: 5:92-cr-29) |
| Respondent. | |

**O R D E R**

This matter is before the Court on Movant Willie Norton's ("Norton") 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct his Sentence. Doc. 1. The Court held a telephonic status conference on October 6, 2021, at which counsel for Norton and the Government appeared. Doc. 21. The Court permitted Norton's counsel to file a post-conference brief but did not address whether the Government was required to file a surreply brief. Doc. 20. Norton filed a reply, as supplemented. Docs. 22, 23.

The Court has determined it would be helpful for the Government to submit a surreply brief addressing Norton's contentions in his reply, as supplemented. Therefore, the Court **ORDERS** the Government to file a surreply brief within 21 days of this Order. The surreply should not exceed 15 pages. The Government need not set forth any procedural history or other background information unless it is germane to the arguments in Norton's reply.

**SO ORDERED**, this 10th day of May, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA